1 | BENJAMIN B. WAGNER
United States Attorney
2 | JILL M. THOMAS
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

**FILED**

MAR 14 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | SEALING ORDER |
| v. | 2:14-MJ-0063 DAD |
| BENJAMIN PATRICK MARTINEZ, aka "Benji" | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: March 14, 2014

_____
DALE A. DROZD
United States Magistrate Judge